USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-744 (SHS)

v. :

KAMEL PICKENS, : ORDER

        Defendant. :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of the defendant,

IT IS HEREBY ORDERED that Elizabeth E. Macedonio is relieved, and the CJA attorney on duty today, Robert Radick, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
      January 8, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.