UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   19-Cr-744 (SHS)

    -against-   :   ORDER

KAMEL PICKENS,   :

    Defendant.   :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that:

    1.    The conference scheduled for January 21 is adjourned to January 22, 2020, at 2:30 p.m.; and

    2.    The time from today until January 22, 2020, is excluded from Speedy Trial Act calculations. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       January 9, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020