UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020

- - - - - - - - - - - - - - - - - x
        :

UNITED STATES OF AMERICA
        :   CONSENT PRELIMINARY ORDER

     - v. -        OF FORFEITURE/
        :   MONEY JUDGMENT

KAMEL PICKENS,
        :   19 Cr. 744 (SHS)

          Defendant.
        :

- - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 16, 2019, KAMEL PICKENS (the "Defendant"), was charged in a five-count Indictment, 19 Cr. 744(SHS) (the "Indictment"), with conspiracy to commit bank robbery, in violation of Title 18, United States Code, Section 2113(a)(Count One) and bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2. (Counts Two through Five);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Five of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to

the commission of the offenses charged in Counts One through Five of the Indictment;

WHEREAS, on or about March 4, 2020 the Defendant pled guilty to Counts Two, Three, and Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Two, Three, and Five of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), a sum of money equal to $4,600 in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts Two, Three, and Five of the Indictment that the Defendant personally obtained (the "Money Judgment");

WHEREAS, the Defendant consents to the entry of a Money Judgment in the amount of $4,600 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts Two, Three, and Five of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two, Three, and Five of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Danielle M. Kudla of counsel, and the Defendant, and his counsel, Robert M. Radick and Katherine Drooyan, that:

1.    As a result of the offenses charged in Counts Two, Three, and Five of the Indictment, to which the Defendant pled guilty, a Money Judgment in the amount of $4,600 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Two, Three, and Five of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, KAMEL PICKENS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza,

New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney

Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[THIS SPACE LEFT INTENTIONALLY BLANK]

9.   The  signature  page  of  this  Consent  Preliminary
Order of Forfeiture/Money Judgment may be executed in one or more
counterparts, each of which will be deemed an original but all of
which together will constitute one and the same instrument.


AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York


By: _____          3/9/2020
     Danielle M. Kudla                        DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212)637-2304


KAMEL PICKENS


By: _____          3/4/20
     KAMEL PICKENS                            DATE


By: _____          3/4/2020
     ROBERT M. RADICK
     KATHERINE DROOYAN                        DATE
     Attorneys for Defendant
     Morvillo Abramowitz PC
     565 Fifth Avenue
     New York, New York 10017



SO ORDERED:

_____               March 9, 2020
HONORABLE SIDNEY H. STEIN                     DATE
UNITED STATES DISTRICT JUDGE