UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,           19-Cr-744 (SHS)

  -v-           ORDER

KAMEL PICKENS,

        Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Upon the application of counsel for KAMEL PICKENS, the defendant in the above captioned case;

    IT IS HEREBY ORDERED that the letter motion [Doc. No. 28] is granted as follows:

    The FEDERAL BUREAU OF PRISONS shall provide medical treatment and testing to Mr. Pickens on or before April 20, 2020, including testing for high blood pressure and diabetes, as well as such other treatment and testing as may be warranted or necessary, and to provide copies of the test results to defendant's attorneys, Robert Radick and Katherine Drooyan, Morvillo, Abramowitz Grand Iason & Anello P.C., 565 Fifth Avenue New York, NY 10017.

Dated: New York, New York
       April 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.