UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  19-Cr-744 (SHS)

    -v-  ORDER

KAMEL PICKENS,

        Defendant(s).

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed an application for bail [Doc. No. 34] on May 3, 2020,

    IT IS HEREBY ORDERED that:

    1.    The government shall file its response to the motion by May 6, 2020; and

    2.    There will be a teleconference on Thursday, May 7, 2020, at 5:00 p.m. The parties shall call 888-273-3658, and enter access code 70042, to join the teleconference.

Dated: New York, New York
       May 4, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.