UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-744 (SHS) |
| -v- | : | <u>ORDER</u> |
| KAMEL PICKENS, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A teleconference having been held today regarding defendant's motion for bail [Doc. No. 34], with counsel for all parties participating,

    IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion for release for exceptional circumstances [Doc. No. 34] is denied.

Dated:  New York, New York
         May 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.