UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-744 (SHS) |
| -v- | : | <u>ORDER</u> |
| KAMEL PICKENS, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a letter application on May 11, 2020 [Doc. No. 43],

    IT IS HEREBY ORDERED that:

1. The application [Doc. No. 43] is denied; and

2. The Bureau of Prisons is directed to treat Mr. Pickens for hypertension and syncope with the appropriate professional standard of care.

Dated:  New York, New York
         May 12, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.