UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-cr-744 (SHS) |
| -v- | : | ORDER |
| KAMEL PICKENS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of defendant is moved up to October 13, 2020, at 12:30 p.m.  The sentencing will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated:  New York, New York
        October 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.