# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
kdrooyan@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND
____
COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

October 12, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     United States v. Kamel Pickens, 19 Cr. 744 (SHS)

Dear Judge Stein:

On behalf of Kamel Pickens, and with the consent of Mr. Pickens and Assistant U.S. Attorney Danielle Kudla, we write to formalize our request for a brief adjournment of Mr. Pickens's sentencing, which was otherwise scheduled for October 13, 2020 at 12:30 p.m.

As we indicated to Your Honor's Courtroom Deputy on October 9, certain aspects of the government's sentencing submission, which we received on October 7, require us to further confer with Mr. Pickens.  We spoke briefly with Mr. Pickens on October 9 about these issues, but our call with Mr. Pickens, for which arrangements had been made before we received the government's submission, was only 30 minutes long and did not afford us a sufficient opportunity to talk with our client about the matters at hand.  We therefore respectfully request that the sentencing be adjourned for approximately two weeks, so as to allow us further time to confer with our client.

We understand from Ms. Blakely that the Court is available on October 27, 2020 at 11:00 a.m., and we respectfully request that Mr. Pickens's sentencing be rescheduled for that date.

Very truly yours,
/s/
Robert M. Radick
Katherine J. Drooyan

cc:     AUSA Danielle Kudla (by ECF)