UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-744 (SHS) |
| -against- | : | |
| | : | ORDER |
| KAMEL PICKENS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

In a letter dated August 25, 2021, Robert M. Radick, Esq., requested that he be reappointed in this matter to represent defendant. Accordingly,

IT IS HEREBY ORDERED that Robert M. Radick Esq. is appointed to represent the defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
August 25, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.