UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　:　　19-Cr-744 (SHS)

　　　　　-against-　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　ORDER

KAMEL PICKENS,　　　　　　　　　　　　:

　　　　　　　Defendant.　　　　　　　　　　:

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

　　　　IT IS HEREBY ORDERED that the resentencing of Mr. Pickens will take place on January 26, 2022, at 4:30 p.m. in Courtroom 23A.

Dated: New York, New York
　　　　January 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.