UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-744 (SHS)

    -against- :

       ORDER

KAMEL PICKENS, :

    Defendant. :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the resentencing of Mr. Pickens originally scheduled for January 26, 2022, at 4:30 p.m. is advanced to January 11, 2022, at 2:30 p.m. and will take place in Courtroom 23A.

Dated: New York, New York
       January 4, 2022

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.